IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**LOGAN PHELPS**                                                                                       **PLAINTIFF**

v.                                            Case No. 1:19-cv-00073 KGB-JTR

**AL ROORK, Sheriff,
Fulton County,** *et al.*                                                                          **DEFENDANTS**

## ORDER

Before the Court is a recommended disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 9). No objections have been filed, and the time for filing objections has passed. After a careful review, the Court concludes that the recommended disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). Accordingly, the Court dismisses without prejudice plaintiff Logan Phelps' complaint for failing to state a claim upon which relief may be granted (Dkt. No. 2). The dismissal of this case counts as a strike, pursuant to 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

It is so ordered this 27th day of January, 2021.

_____
Kristine G. Baker
United States District Judge