IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**LOGAN PHELPS**                                                                                    **PLAINTIFF**

v.                                            Case No. 1:19-cv-00073 KGB-JTR

**AL ROORK, Sheriff,**
**Fulton County,** *et al.*                                                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Logan Phelps' complaint is dismissed without prejudice (Dkt. No. 2).  The dismissal of this case counts as a strike, pursuant to 28 U.S.C. § 1915(g).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

It is so adjudged this 27th day of January, 2021.

_____
Kristine G. Baker
United States District Judge